**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A | : No. 5 WAL 2021 |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| PAMELA A. VUKMAN, A/K/A PAMELA MCDEAVITT, LEO L. MCDEAVITT, JR., CHRISTOPHER MCDEAVITT, AND ALL OCCUPANTS OF 104 DORF DRIVE, PITTSBURGH, PA 15209 | : |
| | : |
| PETITION OF: THE ESTATE OF LEO L. MCDEAVITT JR. | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of May, 2021, the Petition for Allowance of Appeal and Application for Leave are **DENIED**.